IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR84-1 |
| | : | |
| CARLOS CISNEROS ROJAS | : | |

The United States Attorney charges:

On or about November 10, 2022, in the County of Forsyth, in the Middle District of North Carolina, CARLOS CISNEROS ROJAS did knowingly and intentionally use any communication facility, namely a cellular telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 846, that is, conspiracy to distribute quantities of a mixture and substance containing a detectable amount of methamphetamine; in violation of Title 21, United States Code, Section 843(b).

DATED: March 3, 2023

SANDRA J. HAIRSTON
United States Attorney

_____
BY: CLIFTON T. BARRETT
Assistant United States Attorney